**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Ronnie GEORGE, Defendant– Appellant.**

No. 12–30107.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 11, 2013.*

Filed Feb. 14, 2013.

Helen J. Brunner, Esquire, Assistant U.S., Charles Seth Wilkinson, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Ronnie George, Seattle, WA, for Defendant–Appellant.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM **

Ronnie George appeals from the district court's judgment and challenges his guilty-plea conviction and 24–month sentence for Social Security fraud—concealment of facts, in violation of 42 U.S.C. § 1383a(a)(3). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), George's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided George the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to George's conviction. We accordingly affirm George's conviction.

George waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we dismiss George's appeal as to his sentence. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

